**REMAND / JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-3281-GW-AGRx | Date | July 7, 2020 |
|---|---|---|---|
| Title | *James Juniel v. FCA US LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - PLAINTIFF'S MOTION TO REMAND [11]**

      Plaintiff moves for remand. Defendant maintains that removal was proper but does not oppose remand in this case. The Court therefore grants Plaintiff's motion to remand. The parties will bear their own costs.

 

                                                                                                                                :

Initials of Preparer   JG